**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH DAVID EASLEY, | NO. ED CV 09-1734 FMO |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

**IT IS ADJUDGED** that plaintiff's counsel be awarded attorney's fees in the amount of Twelve-Thousand, Six-Hundred and Fifty-One dollars and seventy-five cents ($12,651.75), pursuant to 42 U.S.C. § 406(b). In light of the previous payment of EAJA fees, William M. Kuntz shall reimburse plaintiff the amount of Two-Thousand, Four-Hundred and Seventy dollars and zero cents ($2,470.00).

Dated this 19th day of May, 2011.

/s/
Fernando M. Olguin
United States Magistrate Judge